NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL F. RUGER,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-948
　　　　　　　　　　　　　　　　　　　)
BANK OF AMERICA, N.A.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
_____ )


Opinion filed June 15, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas M. Gallen, Jr., Senior
Judge.

Jay L. Farrow of Farrow Law, P.A., Davie,
for Appellant.

Alan Michael Pierce of Liebler Gonzalez &
Portuondo, Miami, for Appellee.

PER CURIAM.


　　　　　　　　Affirmed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.